UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MONSERRATE DE JESUS,

  Plaintiff,

CASE NO.:  3:17-CV-00394-DJH

-vs-

BYRIDER FINANCE, LLC D/B/A CARNOW
ACCEPTANCE COMPANY A/K/A CNAC,

  Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, MONSERRATE DE JESUS, by and through her undersigned attorneys, hereby files this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Jeffrey S. Moad, Attorney, STITES & HARBISON PLLC, 400 West Market Street, Louisville, KY 40202 (jmoad@stites.com).

/s/*Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
*Admitted Pro Hac Vice*
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
mbradford@forthepeople.com
*Counsel for Plaintiff*