UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MONSERRATE DE JESUS,                                                                 Plaintiff,

v.                                                                Civil Action No. 3:17-cv-394-DJH-DW

BYRIDER FINANCE, LLC,                                                               Defendant.

\* \* \* \* \*

### ORDER

Plaintiff Monserrate De Jesus having filed a notice of voluntary dismissal without prejudice (Docket No. 16), no answer or motion for summary judgment having been filed by Defendant Byrider Finance, LLC, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.

October 27, 2017

**David J. Hale, Judge
United States District Court**

1